AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| USA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 7:21-CR-15 |
| WEN LIN | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WEN LIN

Date: 08/25/2021

_____
Attorney's signature

BARRY GOLDBERG 4696
Printed name and bar number
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007

_____
Address

GOLDBERGBLAW@GMAIL.COM
E-mail address

(212) 269-2363
Telephone number

N/A
FAX number