*(Translation)*

To Your Honor:

Thank you for taking the time out of your busy schedule to read this letter! I am Wenxue Lin's wife, and I met him in 2013 when he returned to China for his grandfather's funeral. He and I met through the introduction of our elders. After we got to know each other, we registered our marriage in 2014. After marriage, he was very kind to my family. In June 2014, my dad was not in good health. He and I took my dad by bus for 3 hours to Guangzhou Nanfang Hospital, and he was the one who went to register, find a doctor, and take my dad for various checkups, which instantly made me rely on him, and I no longer hesitated. He was also very filial to my grandparents. My grandpa and grandma were 75 years old and don't eat much for dinner. He also noticed that. At 10:30 in the evening, he took the supper (porridge and noodles) to my grandparents' room for them to eat. He is really careful. I am very grateful to my father-in-law and mother-in-law who gave birth to such a good son to be my husband, and my mother's family is full of praise for him! They also love him very much, and he returned to the United States to work 5 months after marriage. I was pregnant and lived with my mother's family in China. There were video chats, which made me feel that he was by my side. Every 2-3 months, he will send me money for my living expenses in China. In April 2015, the eldest son was born, and he asked for leave in March to return to China to accompany me. He stayed with me and the child for the entire 30 days of confinement. Because we Chinese confinement children can only rest in our own room, our room is on the third floor, he has to transfer the child's bath water from the first floor to the third floor every day, and he and my mother help the child take a bath, the confinement meal is also served from the first floor to the third floor room. He goes back and forth from the first floor to the third floor at least 8-10 times a day. He had no complaints and enjoyed it. I saw him treat the child and me with intentions, and the love and care!

Soon after the full moon, he went back to work in the United States, and we also video chat every day, because my green card was still in the process of applying. From 2015 to 2016, he asked for leave to go back to China to accompany me and our child. During this period, he got along with my family, friends and neighbors very well. My friend also said to me: "Your husband Wenxue Lin is really nice, he takes good care of his family and children, he is also very good to his mother's family, mainly because he has a good temper." He is one of my friend's husbands who are men with a good temper and caring for his family.

In March 2016, he returned to China. In April, I returned to the United States with him and lived in Wisconsin. For some reason, I gave the child to my parents to live in China, and I also kept video chatting with the child every day. He works in his second brother and second sister-in-law's restaurant, and I also help in the restaurant. I saw that he was active in his work and treats customers very politely. Brothers and colleagues get along very well. In July 2016, I was pregnant with my second child. At that time, the pregnancy reaction was a bit severe, I couldn't eat, and I slept all day. When he was not busy at work, he would call me and care about my body, even after working hard. When he came back, he would cook something and ask me to get up to eat. Since he was busy with work, my grandfather was not in good health. I chose to go back to China to have a baby, and I also applied for a 2-year reentry permit. Even after I returned to China, we both video chatted every day. At the end of February 2017, he asked for leave to go back to China to accompany me and my children. In March, my youngest son was born, and he

*(Translation)*

also devotedly accompanied me and my two children, and he was also busy taking care of my confinement.

From 2017 to 2019, he took 2 months of vacation every year to return to China to accompany me and my children. In March 2019, our family of 4 returned to our home in Philadelphia, USA from China. My husband has three brothers, he is the youngest, and the two elder brothers live in other places. The old father was not in good health. It is convenient to take care of me because my English is not good. My husband takes the elderly and children to the doctor. He handles all the affairs of the family. I can only do some part-time jobs during the school hours of the children. It is so ordinary. The happy days were broken until September 26, 2019. I couldn't contact him that day. I kept calling and sending WeChat videos but he didn't answer. I panicked at the time, afraid that something might happen to him, because no matter where he went, he would keep in touch with me and not let me worry about it. After I couldn't contact him, I searched all the friends who knew him, including his two elder brothers, and I didn't know where he was. I didn't dare to tell my father-in-law because he was not in good health and I was afraid that he would be stimulated if he found out. At that time, I felt like the sky was falling. It was like the end of the world. I couldn't contact him for five consecutive days. I washed my face with tears, worried all the time, couldn't eat, couldn't sleep, only slept 3-4 hours a day, lost 10 pounds in just 5 days, the old father saw me crying every day, asked me what happened, and I couldn't hide it, I could only tell him that, my father-in-law was also very worried when he found out about it. His health was already bad, and he was also stimulated when he found out about it. I reported to the police twice within a day, and the police also came to my home to make records, and they were very patient in asking about the matter (translated by the mobile phone staff), because I was worried, so I took my children and my father-in-law and walked for 30 minutes before going to the police station to call the police again (At that time, the second brother was doing the translation on the mobile phone).

Finally, at 6:30 in the evening on the fifth day, I received a phone call from my husband to report his safety, and I realized that he had made a mistake. Hearing the news was very heartbreaking, because in my rational mind, he is a good husband who is honest, diligent and thrifty. He is very frugal with himself, and he is reluctant to buy things for himself, but he is very generous to me and the children, especially children's things. No one knows how I have lived these five days, like a walking dead, and I feel alive when I receive his call.

He was imprisoned in Georgia for 2 months. During the past two months, I had a very hard time with the children and the elderly, because I couldn't drive. The tooth extraction originally scheduled by the children was only postponed. The elderly were in poor health and had to take other medicines to maintain it. My children were sick, and I was also very helpless. I didn't know English, so I ran to the pharmacy and slowly checked the photos of the cold medicine on my mobile phone, for fear of buying the wrong medicine. I don't know how to drive, and I took my two children for a 30-minute walk to the supermarket to buy groceries in winter. The faces and hands of the two children were red and icy cold. The two children are arguing for their father every day, and there is nothing I can do but cry.

I need to pay for the water, electricity, and gas at home, but I don't know how to deal with it. Even the wifi is cut off. All of a sudden, everything makes me unable to

*(Translation)*

breathe. In two months, I have experienced unprecedented suffering. This kind of feeling and helplessness cannot be expressed in words. On November 30, 2019, we went to pick him up. The elderly and children were very happy to see him. After I saw him, the sadness and helplessness of the past two months turned into tears and embraced at this moment.

On August 7, 2021, the elderly was coughing and bleeding. My husband immediately took my father-in-law to the emergency department of the hospital. After the examination, it was a recurrence of tuberculosis, he needed to be hospitalized immediately. During the hospitalization period, we were afraid that my father-in-law would not be used to the hospital food. My husband brings soup, noodles and meals to the elderly every day. After 20 days of hospitalization, the disease was basically under control. The elderly felt that it was easier to communicate with Chinese-speaking doctors in New York, so he decided to move to live in New York. We kept in touch during the period. In order to visit the elderly, my husband applied for a travel permit to the pretrial office for a period of time. After the application was approved, he would call the pretrial office to report to visit the elderly. After getting permission, we would bring some food that the elderly like to eat in New York when we visit the elderly!

In 2020, my youngest son will be more than 3 years old, but he speaks very little words and sentences. We immediately took the child to see a family doctor. The family doctor introduced a developmental doctor. After examination, the son who is more than 3 years old has developmental delay problems, the doctor suggested for language therapy. Every Wednesday and Friday, my husband Wenxue Lin took my youngest son to two different places for language lessons, and he still keep taking language courses until now!

These years, the eldest son has skin allergies every autumn and winter, and Wenxue Lin needs to take the child to the family doctor every 2-3 months in winter to prescribe medicine!

Now two children are studying in elementary school, one is 7 years old and the other is 5 years old. Because I don't know English, Wenxue Lin is needed for after-school tutoring and communication with teachers!

Your Honor, I sincerely beg you to ask, based on the fact that my husband Wenxue Lin made a mistake for the first time, can you deal with it leniently, give him a chance to reform, and give our precarious family a chance to survive!

I guarantee with my personality: As a wife, I will supervise him well in the future, abide by the laws and regulations, and be a qualified and law-abiding citizen! I will also help my husband and support each other in the future!

Thank you, Your Honor!

Sincerely,

08/08/2022

Wife: *Bi Ling Yu*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人;

感谢你在百忙之中抽时间阅读这封信! 我是 Wen Xue Lin 的老婆,

我和他相识于2013年,那时他回中国给他爷爷奔丧。我和他是经长辈介绍认

识的,互相了解之后,我们于2014年登记结婚,婚后他对我娘家非常好。

2014年6月我爸身体不好,他和我带我爸乘坐3个小时的大巴去到广州南方医院,

全程都是他去挂号,找医生,带我爸去做各种检查,瞬间让我有了依靠,不再彷徨,

他对我爷爷奶奶也非常有孝心,我爷爷奶奶花发,晚餐吃不多,他也注意到,晚上

10:30点宵夜 (粥,面条) 拿到我爷爷奶奶房间给他们吃,他真的很细心,我很感谢

我家公,家婆生了一个这么好的儿子给我当丈夫,我娘家人对他也是赞不绝口!也非常疼爱他,

婚后5个月他就回美国上班了,我怀着孕在中国娘家生活,我们每天都有视频聊天,让我

感觉他就在我身边陪伴着,每2-3个月他都会寄钱给我在中国生活的开销。

2015年4月大儿子出生,他3月请假回中国陪我,整个月子30天,他都在陪伴我和小孩,

小孩大小便都是他换尿片,冲奶粉喂奶都是他,因为我们中国坐月子只能在自己房间

休息,我们的房间在三楼,他每天都要把小孩的洗澡水从一楼拎到三楼

也是他和我妈带小孩洗澡,我的月子餐也是他从一楼端到三楼房间,他每天来回于

一楼到三楼最少8-10次,他毫无怨言,还乐在其中。

greenroom®

我在整个月子里看到他对俩孩子的用心，和对我的关爱与悉心照顾！

满月后不久，他就回美国上班了，我们也是每天视频聊天，因为我的绿卡还在申请当中，2015年—2016年他都有请假回中国陪伴我和小孩，期间他与我家人、朋友、邻居相处的非常好，我朋友还对我说："你老公 Wen Xue Lin 真好，对家人，小孩都很照顾，对娘家人也非常好，主要是脾气好。"他在我朋友的老公当中属于脾气好，顾家的好男人。

2016年3月他回中国，4月份我和他一起回美国，在 Wisconsin 州生活，由于某种原因，我把小孩交给我公父母在中国生活，也是每天和小孩保持视频聊天。他在他二哥二嫂店里上班，我也在店里帮忙，看到他工作积极，对待客人很有礼貌，兄弟之间，同事之间相处的非常友好。2016年7月我怀孕了二胎，当时孕娠反应有点大，吃不下东西，一整天都在睡觉，他上班不忙的时候会打电话给我，关心我的身体，哪怕辛苦下班回来，他都会煮东西叫我起来吃，由于他工作忙，我爷爷身体不好，我选择回中国生小孩，同时也申请了2年的回美证，即时我回中国了，我们都是每天视频聊天。2017年2月底他请假回中国陪伴我和小孩，3月份小儿子出生了，他也是用心陪伴我和两个小孩，也是他忙碌的照顾我的日子。

2017年—2019年他每年请了2个月的假期回中国陪伴我和小孩。2019年3月我们一家4口从中国回到美国费城家，我老公三兄弟，他是最小的，两个哥哥在外地生活，

老人家身体不好，我们不放心老人家在外独自生活，就把老人家接到家里住，方便照顾，因为我英文不好，老人，小孩看医生都是我老公带去的，家里的大小事务都是他处理，我只能在小孩上课时间做点兼职，就这样平淡幸福的日子一直到2019年9月26号被打破了，那天我一直联系不到他，一直打电话，发微信视频也没接，当时我慌了，怕他出什么事故，因为不管他去哪都会和我保持联系，不让操心，联系不到他后，我找遍了所有我认识他的朋友，包括两个哥哥也不知道他去哪了，我当时不敢告诉家公，因他身体不好，怕他知道后受刺激了，当时的我感觉天塌了，像世界末日那样，连续五天联系不到人，所有事情自己扛着，身心疲惫，每天照顾老人家和两个小孩，每天泪以洗面，一直担心，吃不下东西，也睡不了，每天只睡3-4个小时，短短5天瘦了10镑，老人家看到我每天在哭，询问我出什么事了，没办法隐瞒，我只能告诉他了，家公知道后也很担心，身体本来就不好，他知道后也受刺激，一直在吃药，小孩也吵着找爸爸，当时的我非常无助，五天内我报了2次警，警察也有到我家作记录，也很有耐心询问事情(手机人员翻译)因为担心，所以我带着小孩和家公走了30分钟才到警局再次报警，(当时是二哥在手机做翻译).

终于在第五天傍晚6:30分接到我老公报平安电话，才知道他犯了错，听到这个

消息非常心痛，因为在我的意识里他是个老实本份，勤俭持家的好老公，他对自己很节俭，舍不得给自己买东西，但他对我和孩子很大方，特别是小孩的东西。没人知道这五天我是如何度过的，就像行尸走肉那样，接到他的电话我像活过来那样。

他在佐治亚关了2个月，这两个月我和小孩、老人过得非常辛苦，因为我不会开车，原本小孩约好的拔牙只推迟，老人家身体不好只能吃其他药维持着。小孩生病了我也很无助，不会英文的我跑去药店慢慢合对手机上感冒药的照片，生怕买错药。不会开车的我大冬天带着两个小孩走30分钟去超市买菜，两个小孩的脸和手冻的红红的，冰冰的。两个小孩每天都吵着找爸爸，而我什么也做不了，只有哭。

家里的水、电、煤需要交费，但是我却不会处理，连wifi也断了，一下子所有事情压得我无法呼吸，两个月里，我尝尽了前所未有苦，这种心情和无助不是语言就能说的明白。2019年11月30号我们去接他，老人和小孩见到他很开心，我见到他，这两个月的心酸和无助在这一刻化成泪水相拥。

2021年8月7号，老人家咳嗽出血，我丈夫马上带家公去医院急诊，经检查是肺结核复发，需马上住院治疗，住院期间家公吃不惯医院食物，我老公每天带炖汤，面条，饭菜给老人家吃，经20天住院治疗，基本控制病情，老人家觉得纽约有讲中文的医生比较好沟通，

greenroom®

就决定搬去纽约居住，期间我们都有保持联系，为了探望老人家，我老公向 Pretrial office 申请了 travel permit. 申请批准后，每隔一段时间都会打电话给 Pretrial office 报告去看老人家，得到允许后 我们就带些老人家喜欢吃的食物去纽约看老人家！

2020年我小儿子 3岁多，但他说话很少词语量，我们马上带小孩看家庭医生，家庭医生介绍了发育科医生，经检查后，3岁多的儿子有发育迟缓的问题，发育医生建议语言治疗，每周三和周五，我丈夫 Wen Xue Lin 带着小儿子去两个不同的地方上语言课，直到现在还保持上语言课程！

这些年大儿子每到秋冬季节都会出现皮肤过敏，冬天季节每2-3个月需要带小孩去家 Wen Xue Lin 带小孩去家庭医生那里开药！

现在两个小孩在小学读书，一个7岁，一个5岁，因为我不会英文，课后的辅导和与老师的沟通都需要 Wen Xue Lin 来进行！

greenroom®

尊敬的法官大人，我真诚的恳求您，念在我丈夫 Wen Xue Lan 初次犯错，

能否从宽处理，给他一次改过自新的机会，也给我们这个岌岌可危的家庭一次

生机的机会！

　　我用人格担保：作为妻子，我今后一定好好监督他，遵守法律法规，

做一名合格守法的良好公民！我今后也将跟丈夫共舟共济，相互扶持！

　　感谢您 法官大人！

　　此致.

　　08/08/2022.

　　妻：Bi Long Yu

*(Translation)*

**To Your Honor**

I am Wenxue Lin's father. We immigrated to the United States in 2001. My wife and I went to work in factories until 2004. Because we had no skills, he and his brothers went to work as odd jobs in restaurants in different states. For more than 20 years, they have been diligent at work and file tax returns every year. In order to increase their wages, they traveled to different restaurants in many states and have been learning different chef skills. He is the third child in the family and is quite sensible. Because we were not in good health, we let him not go to a state that is too far away. He is also working in New York or a nearby state, and he takes care of family letters and doctor's appointments. His grandfather passed away in 2013, and he returned to China with me and his mother for the funeral. That's when he returned to China for the first time since he came here for so many years, and was introduced by his relatives to his current wife. During the application for his wife to come to the United States, he missed his wife and child every year and would take time to go back to reunite with his wife and child every year.

My wife who was his mother unfortunately died of liver cancer in 2014. He was always at the bedside when she was dying, and he took care of the funeral.

Later, when his elder brother opened a restaurant, he bought a ticket and sat for 16 hours to help his second brother without hesitation. During the period, because the capital turnover was not enough, he did not ask for wages to help with various things in the new restaurant for 16 hours a day to help his second brother to stabilize the business.

It was not until his second brother sold his restaurant in 2019 that he moved to Philadelphia to settle his wife and children there. I also lived with them. My tuberculosis relapsed, and it was he who took me to the emergency room and contacted the doctor. During the hospitalization, because I was not used to eating, the couple would cook soup and food for me every day. After considering that there are Chinese doctors here in New York, I decided to move here for treatment by myself, and he also specially applied for permission to bring his children to visit me every once in a while, and bring some home-made food up. At the beginning of June, he also found volunteers through introductions, helping to drive donated food to churches or families in need every week to serve back to the community.

Due to limited conditions, he only went to middle school, with limited knowledge and insufficient legal knowledge, and made mistakes. I beg your honor to read his first offense, his children are young, and give him the opportunity for him to reform.

Thank you, Your Honor.

Sincerely,

08/10/2022

Signature: *Lin, Pinquan*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

**致尊敬的法官大人**

我是 wenxue lin 的爸爸.我们在2001年劳务移民来美国.我和妻子去工厂上班直到2004年.因为没什么技术.他和他的兄弟去到不同洲的餐厅打杂做起.20多年间他们一直勤勤恳恳的在上班.没年都有报税.为了可以涨点工资他们辗转多个州不同的餐厅一直学习不同的厨师技术.他是家里老三也比较懂事.因为我们身体不好.叫他不要去到太远的州.他也是在纽约或者附近的洲打工.家里信件和预约看医生都由他来打理.2013年他爷爷去世.他随我夫妻一起回国奔丧.那也是他来这边这么多年第一次回国.后经亲戚介绍认识了他现在的老婆.在申请他老婆到美国期间他因为想念妻儿每年都会抽空回去一趟与妻儿团聚.

我的妻子他的妈妈与2014年不幸因为肝癌去世.弥留之际他一直陪在病床边.后事也由他来打理.

后来他哥开店他也是义无反顾的买了车票坐16个小时车去帮他二哥.期间因为资金周转不过来.他也没要工资天天16个小时帮忙操持新店的各种事情.帮他二哥把生意做到稳定.

直到2019年他二哥把店转让后.才搬到费城回去接他妻儿在这边定居.我也和他一起住.他们夫妻和睦.教育俩幼子尊敬老人.后因为他发生的事情.引起我肺结核复发.都是他带我去急诊和联系医生.住院期间因为饮食不习惯.他们夫妻每天都会煮好汤水和食物带过来给我.后因为考虑到纽约这边有华人医生好沟通我决定自己搬上来治疗.他也特意申请了许可.每隔一段时间带小孩过来探望我.带一些自己做的食物上来.6月初他也通过介绍找到义工.每周帮忙开车运送捐赠的食物到教堂或者需要的家庭来回馈社会.

因条件有限他也只读到初中.知识有限法律知识不足.犯下错误.恳请法官大人念他初犯小孩年幼.与他改过自新的机会.

感谢法官大人.

此致.

08/10/2022

签名：林品泉

*(Translation)*

To Your Honor

I am Wenxue Lin's elder brother. He has been working in the United States for more than ten years. He came to live here in Philadelphia in 2019. He is helpful and filial to our parents. When the elderly parents are sick, he takes them to the doctor and contacts doctors and nurses. Volunteer to help deliver the donated goods from supermarkets to churches and families in need. There are two children in his family, a 7-year-old and a 5-year-old child with developmental delay. Every Wednesday and Friday, he takes the children to two different places. His wife came to the United States for three years because her English is not good, so she basically takes care of the children at home. His wife can only do some odd jobs while the children are in class. He is the main source of income for the family, and he is the pillar of the family. Your honor, based on the mistake he made for the first time, please gave him a chance to reform himself!

Thank you your honor

Wen Lin Lin

Sincerely                    08-09-2022

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人

我是 wen xue Lin 的哥哥，他来美国十几年一直都有上班
2019年来费城这边生活，为人乐手助人，孝顺父母，老人家
生病都是他带去看医生联系医生护士，这几个月有做
义工帮忙运送超市捐赠的物资剂送到教堂和需要的
家庭，他家有两个小孩一个7岁一个5岁的小孩有发育迟
缓每周三和周五都是他带着小孩去两个不同周的地方
上语言课，他老婆来美国三年因为英文不好，基本在家照
顾小孩，他老婆只就在小孩上课期间打些零工，
他是家里的主要收入来源，他是家里的顶梁柱，因为
他老婆英文不好，所以家里大小事务都是由他来处理。
他只有初中毕业法律意识不足，才会犯下这个错误！恳求法
官在他初次犯错，给次自新改过的机会！

感谢你法官大人

wen Lin Lin

林口 弘   09－19－2022

*(Translation)*

To Your Honor

      I am the second brother of Wenxue Lin. When our family first came to the United States in 2001, because my eldest brother and I both worked out of state, he was often the one who took care of our parents and helped them deal with things, and he has always had a part-time job and filed tax returns. I opened a restaurant a few years ago. He helped me do a lot of things from the very beginning. He helped me to keep the business successfully. He respects his parents and loves his elder brothers. He always puts the family first. He is dealing with it, and because his wife's English is not good soon after she came to the United States, he is now the pillar of the family, and begged the judge to give him a chance to reform when he made a mistake for the first time.

      Thank you your honor

      Sincerely,

      08/06/2022

      Signature: *Lin, Wenxi*

---

**Certificate of Translation**

      I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人

　我是 Wenxue Lin 的二哥．2001年我们一家刚
来美国时．因为我跟大哥都在外洲打工．
很多时候都是他在照顾父母．也都是他在帮助
父母处理事情，而且一直以来他都有打工报税
前几年我开店．他从一开始就帮我做了很多事．
让我可以成功地把生意做下去．他孝敬父母．
友爱兄长．他一直以家庭为重．家中大小事务都是
他在处理．也因为他老婆来美国不久英文不好．他
现在是家里的顶梁柱．垦求法官念在他初次
犯错．给次改过自新的机会。

　感谢您法官大人

　　此致

　　08/06/2022

　　签名．林文喜

*(Translation)*

To Your Honor

I am the second sister-in-law of Wenxue Lin. He has been working hard to file taxes for 20 years since he came to the United States. During the four years from 2013 to 2017, he lived with us in Wisconsin. He worked in the restaurant I opened. He worked hard; he is humorous, friendly and helpful. He is filial to his parents and brother. He used to be the best chef in my restaurant. After he moved to Philadelphia in 2019, we have kept in touch. He took care of the old father at home, because the old father is old and in poor health. He often takes the old father to the hospital to see a doctor. There are two children in his family, one is 7 years old and the other is 5 years old. The 5-year-old child has developmental delay. He takes the children every Wednesday and Friday to two different places to take language speech classes. His wife came to the United States for three years because her English is not good, so she basically takes care of the children at home. His wife can only do some odd jobs during the children's classes. He is the main source of income for the family. He is the pillar of the family, because his wife's English is not good, so he handles the big and small affairs of the family. He only graduated from middle school and has insufficient legal awareness. I implore the judge to read that he made a mistake for the first time and give him a chance to reform himself!

Thank you Your Honor
Sincerely,
08/05/2022
Signature: *Chen, Qiaorong*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人

我是 Wenxue Lin 的二嫂. 他来美国二十年一直都有勤垦工作报税. 2013年至2017年四年期间. 他跟我们住在威州. 他在我开的餐馆工作. 他工作勤奋努力. 为人幽默友善乐于助人. 他孝顺父母. 友爱兄长. 他曾经是我店里最好的厨师. 2019年他搬去费城. 之后我们也都一直保持联系. 家里的老父亲都是他在照顾. 因为老父亲年近身体不好. 他经常带老父亲去医院看医生. 他家里有两个小孩 一个 7岁. 一个5岁. 5岁的小孩有发育迟缓. 每周三和周五都是他带着小孩去俩个不同的地方上语言课. 他老婆来美三年因为英文不好. 基本在家照顾小孩. 他老婆只能在小孩上课期间打些零工. 他是家里的主要收入来源. 他是家里的顶梁柱. 因为他老婆英文不好. 所以家里大小事务都是他来处理. 他只有初中毕业. 法律意识不足. 才会犯下这个错误. 垦求法官念在他初次犯错给次自新改过的机会!

感谢您法官大人.

此致

08/05/2022

签名: 陈巧客

*(Translation)*

To Your Honor

I am the mother of Wen Xue Lin second sister-in-law. He once helped me a lot. Wenxue Lin is a very lively, friendly and kind boy. He is willing to help the elderly, being patient, he is a very caring person, he loves his family and relatives and friends.

Beg the judge to base on his first offense and give him a chance to reform himself.

Thank you your honor

Sincerely

08/06/2022

Signature: Chen, Aijin

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致 尊敬的法官大人

我是 Wen Xue Lin 的亲家母. 是他二嫂的母亲.
曾经他给予我很大的帮助. Wenxue Lin 是个非常活泼
友爱善良的小伙子. 他乐于帮助老人. 他对于帮
助老人做事方面非常的细心和耐心. 他是个非常
有爱心的人. 他热爱家庭和亲戚朋友们.
    恳找法官念在他初犯. 给予他一次改过自新
的机会.

    感谢您法官大人
      此致
    08/06/2022
签名: 陈俊金

*(Translation)*

<div align="center">To Your Honor</div>

I am the father of Wenxue Lin's second sister-in-law. Wenxue Lin is a very lively, friendly and kind young man. He used to help my family, he is very patient, careful, he has a lot of love, and he works hard, loves life, and loves family.

Beg the judge to read his first offense and give him a chance to reform himself.

Thank you, Your Honor,

Sincerely,

08/06/2022

Signature: Chen, Jindan

---

<div align="center">

**Certificate of Translation**

</div>

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致 尊敬 的 法官大人

我是 Wen xue Lin 的亲家公，是他二娘的父亲，
Wen xue Lin 是个非常活泼友爱善良的年轻人。
他曾经帮助过我的家人。他对人做事方面都
很有耐心细心。他有很大的爱心。他勤奋
工作热爱生活，保护家庭。

恳求法官考念在他初犯，给他一次改过自新
的机会。

感谢你法官大人。

此致

08/06/2022

签名：陈金波。