*(Translation)*

**To Your Honor**

I am the neighbor of Wenxue Lin. He has been working since he moved to Philadelphia. He is warm to people. We come from different regions of China and will share local specialties and culture together. They are very warm and friendly. He is the main source of income for the family. He will take care of everything big and small. If he goes to jail, his wife and children will have nothing to rely on and their lives will not be able to continue. Because his wife can't drive and can't speak English, it is difficult for the children to see a doctor with her. I ask the judge to read him first offender and his children are young. Please give him the opportunity to rehabilitate and accompany the family.

Thank you your honor

Sincerely,

08/09/2022

Signature: *LI, HUAHUA*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

我是wenxue lin的邻居.他搬来费城后一直都有上班.待人热情.我们来自中国不同地区.会一同分享地方特色美食和文化.他们一家都很热情友爱.他是家里的主要经济来源.家中大小事务都是他来打理.如果坐牢.他们妻儿将无所依托生活都不能继续.因为他妻子不会开车不会英语.连小孩看医生都困难.请求法官念他初犯.小孩年幼.给予机会改过自新能在家继续工作养家陪伴家人.

感谢法官大人

此致.

08/09/2022

签名：

*(Translation)*

To Your Honor:

    I am Wenxue Lin's friend. We have been good friends for many years. He is very enthusiastic about life, friendly to friends, and very helpful. He takes good care of his family and cares about his wife and children. His youngest son has a developmental delay. He has to take the child to different places every week to give the child language speech lessons. His wife is not good at English, so he has to deal with the big and small matters of the family, and he is also the main source of income for the family. He only has a middle school diploma and lacks legal awareness.

    I implore the judge to give him a chance to reform himself when he made a mistake for the first time!

    Thank you, Your Honor.

                                                  Mei Lin Jin

Sincerely,

08/06/2022.

---

**Certificate of Translation**

    I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人：

我是 Wen Xue Lin 的朋友，我们是多年的好朋友。他对生活很热情，对朋友很友好，很乐于助人。朋友有需要的话，他都会帮忙，他对父亲很孝顺，老人家生病都是他带着去看医生。他对家庭很照顾，对老婆小孩很上心，他小儿子发育迟缓，他每周都要带小孩去不同的地方给小孩上语言课，他老婆不太会说英文，所以他家的大小事情都要他处理。他也是家里的主要收入来源，他只有初中文凭，法律意识不足，恳求法官大人念在他初次犯错，给予他自新改过机会！

感谢法官大人。

此致.
08/06/2022.

mei Lin Jin

*(Translation)*

## To Your Honor

I am Wenxue Lin's neighbor. We met in 2019. He has been working since he moved to Philadelphia. He treats people warmly. His wife's English is not good. She takes care of two young children at home, and can only do some odd jobs after the children are sent to school. He is the main source of income for the family, and he takes care of all the affairs of the family. If he goes to jail, his wife and children will have nothing to rely on, and life may not be able to continue. I ask the judge to read him as a first-time offender and he has young children, and gives him a chance to reform himself and continue to work to support the family and accompany the family.

Thank you your honor

Sincerely,

08/09/2022

Signature: *Queenie*

---

### Certificate of Translation

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

  我是wenxue lin的邻居.我们认识与2019年.他搬来费城后一直都有上班.待人热情.他妻子英文不好在家照顾俩个幼子.只能在小孩送去上课后打些零工.他是家里的主要经济来源.家中大小事务都是他来打理.如果坐牢.他们妻儿将无所依托生活都未必能继续.请求法官念他初犯.小孩年幼.给予机会改过自新继续工作养家陪伴家人.
  感谢法官大人
  此致.
  08/09/2022
签名：Queenve

*(Translation)*

**To Your Honor**

I met Wenxue Lin in the church. He is warm and generous, caring for his family and filial to the elderly. He is serious and helpful in his work, and he does volunteer work to help the community after work. I beg your honor to read his first offence, his children are young, give him a chance, avoid prison, and he will be able to serve his sentence at home and work to take care of his family and continue to serve the community.

Thank you your honor

Sincerely,

08/09/2022

Signature: *Chen, Yuguan*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

　我与wenxue lin在教堂认识.他为人热情大方.顾家孝顺老人.工作认真乐于助人.在工作之余做义工帮助社区.
请求法官念他初犯.小孩年幼.给予机会.免与坐牢.能在家服刑打工照顾家人.继续服务社区.

　感谢法官大人

　此致

08/09/2022

签名：IHEN YICWAN

*(Translation)*

To Your Honor,

      I met Wenxue Lin in the church. He has been working to support his family. He likes to help others and will seek with our help if he has questions, he found a volunteer on the Internet after introducing him. He goes to help transport every week after work, and ask the judge to know his first mistake and give him a chance so that he can continue to help the community and accompany his young children to grow up.


Thank you, Your Honor.

Sincerely,                *Xu, Danqing*

08/07/2022

---

**Certificate of Translation**

      I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的 法官大人.

我与 wenxue Lin 在教堂认识. 他一直都有在上班养家. 喜欢帮助他人. 有问题也会寻求我们的帮助. 经过介绍他在网上找到义工. 每周在工作之余都会去帮忙运送. 请求法官大人念在他第一次犯错. 给予机会. 能让他继续帮助社区. 陪伴他年幼的小孩健长大.

感谢法官大人.

此致.                   徐丹靖

08/07/2022

*(Translation)*

## To Your Honor

I am a friend of Wenxue Lin. We met and worked many years ago. He is passionate about life, serious and responsible for his work, and he is filial to the elderly. He has always been at work. He is serious and helpful in his work. Wenxue is the main financial pillar of the family. I ask the judge to read him first offender and his children are young. Please give him the opportunity to rehabilitate and accompany the family.

Thank you your honor

Sincerely,

08/09/2022

Signature: *Jenny Lin*

---

### Certificate of Translation

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

# 致尊敬的法官大人

我是 wenxue lin 的朋友.我们多年前认识与工作中.他对生活热情.工作认真负责.孝顺老人.一直都有在上班.工作认真乐于助人.wenxue是家里的主要经济支柱.请求法官念他初犯.小孩年幼.给予机会改过自新陪伴家人.

感谢法官大人

此致.

08/09/2022

签名：Jenny lin

*(Translation)*

To Your Honor,

I am Wenxue Lin's former colleague. During the time we worked together, he was always helpful and hardworking. He is the main source of income for the family, and his wife can't speak English and can't drive, so he is the only one who takes care of the family affairs. If he goes to jail, his wife and children will have a very difficult life, such as children commuting to and from school, extracurricular activities, doctor visits, etc. Beg the judge to know him as a first offender, with young children, to give him a chance to rehabilitate, to work at home to support his family and to accompany his family.

Thank you your honor

Sincerely,

8/09/2022

Signature: Chen, x Hua

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人,

　　我是Wen Xue Lin曾经的同事, 在一起工作的那段时间, 他一直乐于助人, 勤奋工作。他是家里的主要经济来源, 而且妻子不会英文更不会开车, 所以家里大小事务都是他一个在打理, 若他坐牢, 他的妻儿将生活得帝到影响, 例如孩子们上下学, 课外活动, 看医生等等。请求法官念, 他初犯, 孩子年幼, 给予机会改过自新, 在家工作养家陪伴家人。

　　感谢法官大人
　　此致。

　　8/09/2022

　　签名: 陈颖年

*(Translation)*

To Your Honor,

I am a friend of Wenxue Lin. I met him at work. He is serious, active, and helpful. He takes care of his family and elders. There are two young children in his family. He take them to different places for language speech lessons, because his wife's English is not very good, so he is the main source of income for the family, I beg your honor to give him a chance to reform since he made a mistake for the first time and the children are young.

Thank you your honor

Yours sincerely

*(Signature)*

08/06/2022

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人.

　　我是 Wenxue Lin 的朋友. 我在工作中认识的他.
他工作认真. 积极. 乐于助人. 顾家. 照顾长辈. 家中有
两个年幼的小孩. 他的小儿子发音迟缓. 每周他都要
带他去不同的地方上语言课. 因为他老婆英语不太好.
所以他是家里的主要收入来源. 请求法官大人. 念在
他初次犯错. 小孩年幼. 给他改过自新的机会.

　　感谢法官大人.

　　此致.

　　08/06/2022

*(Translation)*

To Your Honor

    I live in this community with Wenxue Lin. As far as I know, he is friendly, amiable, and loves his family and children. He does not live with his father, but he visits his father every few months. It takes 5-6 hours to drive back and forth. He is also very willing to help the neighbors. Sometimes he will help to get the correct address if the package is wrong or the letter is wrong delivered. I am asking the judge to read his first offence, and give him the opportunity to accompany his young sons to grow up.

Thank you, Your Honor.

Sincerely,

08/08/2022       *(Signature)*

---

**Certificate of Translation**

    I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人

我和 Wenxue Lin 同住在这片社区. 以我所知他为人友善和蔼可亲. 爱家护子. 他和他爸没住一起. 但几个月都会去看他父亲一次. 来回开车要 5-6 个小时. 也很愿意帮助邻里. 有时快递递送错或是信件他都会帮忙拿到正确的地址去, 请求法官大人. 念他初犯. 给予他机会陪伴年幼的他儿子长大的机会.

感谢法官大人.

此致.

08/08/2022    

greenroom®

*(Translation)*

## To Your Honor

I am a friend of Wenxue Lin. We met at work. He is warm and generous. He takes care of the family and respects the elderly. He works hard and is helpful. I beg your honor to read his first offence, his children are young, give him a chance, avoid prison, and he will be able to serve his sentence at home and work to take care of his family.

Thank you your honor

Sincerely,

08/09/2022

Signature:   *Chen, Xiuxing*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

　　我是 wenxue lin 的朋友.我们在工作中认识的.他为人热情大方.顾家孝顺老人.工作认真乐于助人.请求法官念他初犯.小孩年幼.给予机会.免与坐牢.能在家服刑打工照顾家人.

　　感谢法官大人

　　此致.

　　08/09/2022

签名：

*(Translation)*

To Your Honor:

I am a friend of Wen Xue Lin, I know him at work. He is active in work, friendly to friends and colleagues, responsible to the family, and careful to the children. He is the pillar of the family. I beg the judge to give him a chance to reform as he makes a mistake for the first time!

Thank you your honor

Sincerely,

08/07/2022

*Pan, Guojin*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人：

我是Wen Xue Lin 的朋友. 我在工作中认识他. 他工作积极、对朋友、同事很友善. 对家庭负责、对小孩细心. 他是家里顶梁柱、恳求法官大人念在他初次犯错、给次自新改过机会! 感谢法官大人.

此致

08/07/2022.