*(Translation)*

**To Your Honor**

I am a friend of Wenxue Lin. He is warm and generous, filial to the elderly. He has always been at work. He is serious and helpful in his work. He also volunteers to help the community after work. He has young sons with language delay symptoms and needs him to take them every week to the hospital and college students take language classes. His wife's English is not good. In order to take care of the young sons, she can only do part-time jobs during the school. Wenxue is the main financial pillar of the family. I beg your honor to read his first offence, his children are young, give him a chance, avoid prison, and he will be able to serve his sentence at home and work to take care of his family and continue to serve the community.

Thank you your honor

Sincerely,

08/09/2022

Signature:   *Tingting Lin*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

　我是 wenxue lin 的朋友.他为人热情大方.孝顺老人.一直都有在上班.工作认真乐于助人.在工作之余做义工帮助社区.他有幼子有语言迟缓的症状.需要他每周带去医院和大学生那里上语言课.他老婆英文不好.为了照顾幼子.只能在小孩上课期间打零工.wenxue是家里的主要经济支柱.请求法官念他初犯.小孩年幼.给予机会.免与坐牢.能在家服刑打工照顾家人.继续服务社区.

　感谢法官大人

　此致.

　08/09/2022

签名：

*Tingting Lin*

*(Translation)*

**To Your Honor**

 I am a friend of Wenxue Lin. We met and worked many years ago. He is passionate about life, serious and responsible for his work, filial to the elderly, and has always been at work. He is serious and willing to help others. His wife's English is not good; in order to take care of the youngest son can only do part-time jobs when the child is in school. Wenxue is the main financial pillar of the family. I beg your honor to read his first offence, his children are young, give him a chance, avoid prison, and he will be able to serve his sentence at home and work to take care of his family.

 Thank you, your honor

 Sincerely,

 08/09/2922

Sign: *(Signature)*

---

**Certificate of Translation**

 I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

　　我是wenxue lin的朋友.我们多年前认识与工作中.他对生活热情.工作认真负责.孝顺老人.一直都有在上班.工作认真乐于助人.乐于帮助他人.他老婆英文不好.为了照顾幼子.只能在小孩上课期间打零工.wenxue是家里的主要经济支柱.请求法官念他初犯.小孩年幼.给予机会.免与坐牢.能在家服刑打工照顾家人

　　感谢法官大人

　　此致.

　08/09/2022

签名：

*(Translation)*

## To Your Honor

    I am a friend of Wenxue Lin. He is warm and generous, filial to the elderly. He has always been at work, serious and helpful, and volunteers to help the community after work. He has young sons with language delay symptoms, and he needs to take them every week to the hospital and college students to take language classes. His wife's English is not good. In order to take care of the young children, she can only do odd jobs during the school. Wenxue is the main financial pillar of the family. I beg your honor to read his first offence, his children are young, give him a chance, avoid prison, and he will be able to serve his sentence at home and work to take care of his family.

    Thank you your honor

    Sincerely,

    08/09/2022

Signature:

*John Lin*

---

### Certificate of Translation

    I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

　我是wenxue lin的朋友.他为人热情大方.孝顺老人.一直都有在上班.工作认真乐于助人.在工作之余做义工帮助社区.他有幼子有语言迟缓的症状.需要他每周带去医院和大学生那里上语言课.他老婆英文不好.为了照顾幼子.只能在小孩上课期间打零工.wenxue是家里的主要经济支柱.请求法官念他初犯.小孩年幼.给予机会.免与坐牢.能在家服刑打工照顾家人

　感谢法官大人

　此致.

　08/09/2022

签名：

John Lin

*(Translation)*

To Your Honor

My name is Changqing Chen, and I am a friend of Wenxue Lin. He has been working in the United States for more than 20 years! He came to live in Philadelphia in 2019. He is helpful and willing to lend a helping hand to others. He takes his dad to see a doctor and contact doctors and nurses. In the past few months, he has been a volunteer to help deliver materials donated by supermarkets to churches and families in need. There are young children in his family who have developmental delays. He takes the children there every Wednesday and Friday to two different places for language classes, his wife's English is not good, basically take care of the children at home. She can only do some odd jobs during the class, he is the main source of income for the family, he is the pillar of the family, because his wife's English is not good, Therefore, all affairs of the family are handled by him. He only graduated from middle school and lacks legal awareness that was the reason he made this mistake! I beseech the judge to give him a chance to rehabilitate as he made a mistake for the first time!

Thank you Your Honor.

Sincerely,

08/08/2022

Sign: *(Signature)*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人

　我叫 changqing chen 是 wenxue lin 的朋友.他来美国 20 多年一直都有上班！2019 年他来费城这边生活、为人乐于助人.乐于对他人伸出援手.孝顺父母.老人家生病都是他带去看医生联系医生护士.这几个月有做义工帮忙运送超市捐赠的物资送到教堂和需要的家庭.他家有年幼的小孩有发育迟缓每周三和周五都是他带着小孩去俩个不同的地方上语言课.他老婆英文不好.基本在家照顾小孩.只能在上课期间打些零工.他是家里的主要收入来源.他是家里的顶梁柱.因为他老婆英文不好，所以家里大小事务都是由他来处理.他只有初中毕业法律意识不足.才会犯下这个错误！恳求法官念在他初次犯错，给次自新改过的机会！

　感谢你法官大人.

　此致.

08/08/2022

　签名：

*(Translation)*

**To Your Honor**

    I am a friend of Wenxue Lin. He has been working in the United States for more than ten years! He came to live here in Philadelphia in 2019. He is helpful and willing to lend a helping hand to others. He is filial to his parents. He takes the elderly to see a doctor when they are sick and contact doctors and nurses. In the past few months, he has been volunteering to help deliver materials donated by supermarkets to churches and families in need. There are two children in his family, one is 7 years old and the other is 5 years old. The 5-year-old child has developmental delay, so every Wednesday and Friday, it was he who took the children to two different places for language classes. His wife came to the United States for three years because her English was not good. She basically took care of the children at home. His wife could only do some odd jobs while the children were in class, and he was the main income source of the family. He is the pillar of the family, because his wife's English is not good, so he handles the big and small affairs of the family. He only graduated from middle school and lacks legal awareness, so this is the reason he made this mistake! I beg the judge to read it when he made the first mistake; please give him a chance to reform!

    Thank you Your Honor.

    Sincerely,

    08/05/2022

    Sign:        *(Signature)*

---

**Certificate of Translation**

    I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

_____

Dated: 11/18/2022

**致尊敬的法官大人**

　　我是 wenxue lin 的朋友.他来美国十几年一直都有上班！2019年他来费城这边生活、为人乐于助人.乐于对他人伸出援手.孝顺父母.老人家生病都是他带去看医生联系医生护士.这几个月有做义工帮忙运送超市捐赠的物资送到教堂和需要的家庭.他家有俩个小孩一个7岁一个5岁.5岁的小孩有发育迟缓每周三和周五都是他带着小孩去俩个不同的地方上语言课.他老婆来美国三年因为英文不好.基本在家照顾小孩,他老婆只能在小孩上课期间打些零工.他是家里的主要收入来源.他是家里的顶梁柱.因为他老婆英文不好,所以家里大小事务都是由他来处理.他只有初中毕业法律意识不足.才会犯下这个错误！恳求法官念在他初次犯错,给次自新改过的机会！

　　感谢你法官大人.

　　此致.

08/05/2022

　　签名：

*(Translation)*

**To Your Honor**

I am a friend of Wenxue Lin. We met and worked together many years ago, and he has been working steadily and conscientiously. Whenever there are new employees, he would seriously introduce them to the new working environment, and answer any questions enthusiastically. I ask the judge to read his first offense, his children are young, please give him the opportunity to reform and continue to work to support the family and accompany the family.

Thank you your honor

Sincerely,

08/09/2022

Signature: *Wen, Liu*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

## 致尊敬的法官大人

　我是 wenxue lin 的朋友.我们多年前认识与工作中.他一直工作稳定认真.每当有新员工他都会认真的带他们认识新工作环境.有什么问题也是热情的答复.请求法官念他初犯.小孩年幼.给予机会改过自新继续工作养家陪伴家人.

　感谢法官大人

　此致.

08/09/2022

签名：

温　流.

*(Translation)*

To Your Honor:

 I am a friend of Wenxue Lin, he is helpful, active in work and loves life. Responsible for the family, filial piety to the elders, his wife's English is not good, and the family's source of income is him. I beg your honor to give him a chance to reform!

 Thank you, Your Honor.

 Sincerely,            *(Signature)*

 08/08/2022

---

**Certificate of Translation**

 I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人：

我是 wen xue lin 的朋友，xx 他很乐于助人，积极工作、热爱生活。

对家庭负责，对长辈孝顺、他老婆英文不好、家里收入来源都是他，

在此恳求法官大人，给他一次改过自新的机会！

感谢法官大人。

此致。

08/08/2022。

greenroom®

*(Translation)*

To Your Honor:

    I am a friend of Wenxue Lin. He works hard and cares about the family and children! He is friendly, kind, active in his work, he is the source of income, and he handles his family affairs. I implore the judge to give him a chance to reform.

    Thank you, Your Honor.

    Sincerely,

    08/07/2022

                *Chen, Ruilan*

---

**Certificate of Translation**

    I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人：

我是 wen xue Lin 的朋友。他工作认真，对家庭小孩细心！为人友好善良。工作积极，他是生活收入来源，他家里事情都是他处理，恳请法官大人.给他自新改过机会。

感谢法官大人.

此致.

08/07/2022

陈瑞兰

*(Translation)*

To Your Honor:

I am a friend of Wenxue Lin. He is positive and optimistic. He is friendly to friends, family and children. He is responsible and loves work. His wife's English is not good. He is the main source of income for the family. I beg your honor to give him a second life as new opportunity!

Thank you, Your Honor.

Sincerely,

08/06/2022

*Pan, Zhengwang*

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

_____

Dated: 11/18/2022

致尊敬的法官大人:

　我是 Wen Xue Lin 的朋友，他 积极乐观，对朋友、家庭、小孩

都很友善良，负责，对工作热爱，他老婆英文不好，他是家里主要收入

来源，在此恳求 法官大人，给她次自新改过机会!

　感谢法官大人.

　此致.

08/06/2022



greenroom®

*(Translation)*

To Your Honor:

I am a friend of Wenxue Lin. He is a very warm-hearted person. He is very kind to life, family, and father. I have known him for so many years. He has always been at work. He is very careful with children and responsible for the family. He is the pillar of the family, his wife's English is not good, and he handles many things.

I implore, Your Honor that because he made a mistake for the first time, please gives him a chance to reform himself!

Thank you, Your Honor.

Sincerely,

*(Signature)*

08/08/2022

---

**Certificate of Translation**

I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的法官大人：

我是 wen Xue Lin 的朋友。他是个很热心肠的人。对生活、对家庭，对父亲都很好，认识他这么多年，他都是一直有上班。对小孩很细心，对家庭很负责，他是家里的顶梁柱，他老婆英文不好、很多事情都是他处理。恳求法官大人，念在他初次犯错，给予他自新改过的机会！

感谢法官大人。

此致。

08/08/2022

*(Translation)*

To Your Honor:

  Thank you for taking time out of your busy schedule to read this letter. I am a friend of Wenxue Lin. He has a positive attitude towards work, is responsible for the family, is careful with the children, and is filial to the elders. He has helped deliver food donated by the supermarket as a volunteer in the past few months, he loves life very much, he is the main source of income for the family, and I would like to ask your honor, seeing that he made a mistake for the first time, give him a chance to reform himself!

Thank you, Your Honor.

Sincerely,

08/07/2022.

    *(Signature)*

---

**Certificate of Translation**

  I, Bin Li, hereby certify that I am fluent and competent in both Chinese and English languages and that I have translated the attached document from Chinese into English completely and accurately to the best of my knowledge.

Dated: 11/18/2022

致尊敬的 法官大人:

感谢 你在百忙中抽时间阅读这封信，我是 Wenxue Lin 的 朋友
他工作态度 态度积极，对家庭负责，对小孩细心，对长辈孝顺，
他这几个月有帮忙运送超市捐赠的食物做义工，他对生活很热爱，
他是家里的主要收入来源，在此请求法官大人，看在他初犯错，给他自新
改过机会!

感谢法官大人.

此致.
08/07/2022.